UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMMEX CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MEDLOGIX SURGICAL SOLUTIONS, LLC, and PARKER LEE, <br><br> Defendants. | Cause No. C21-1441RSL <br><br> ORDER |

This matter comes before the Court on plaintiff's "Motion and Declaration of Order of Default and Default Judgment." Dkt. # 7. Plaintiff has provided evidence that defendant Parker Lee was served with the summons and complaint on October 26, 2021. Mr. Lee has not appeared or answered.

"When a party against whom a judgment for affirmative relief is sought," the Clerk of Court must first enter the party's default under Fed. R. Civ. P. 55(a) before a default judgment can be entered under Fed. R. Civ. P. 55(b). No default has yet been entered against Mr. Lee. Plaintiff's motion for default judgment is therefore DENIED without prejudice.

Dated this 29th day of November, 2021.

Robert S. Lasnik
United States District Judge

ORDER - 1