UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEDLOGIX SURGICAL SOLUTIONS, LLC d/b/a KWEST SOURCING, a Texas Corporation; and PARKER LEE, an individual,<br><br>Defendants. | Case No. 2:21cv-01441 RSL<br><br>ORDER DIRECTING ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT PARKER LEE |

**JUDGMENT SUMMARY**

| | |
|---|---|
| JUDGMENT CREDITORS: | Ammex Corporation, a Washington Corporation |
| ATTORNEYS FOR JUDGMENT CREDITORS: | H. Troy Romero of Romero Park P.S. |
| JUDGMENT DEBTORS: | Parker Lee, an individual |
| JUDGMENT PRINCIPAL: | $165,794.00 |
| POST-JUDGMENT INTEREST RATE: | 0.25% per annum[1] |
| ATTORNEY FEES/COSTS: | $ 2,820.00 |
| **TOTAL JUDGMENT:** | **$168,614.00** |

---

[1] In diversity actions, post-judgment interest is governed by federal law. *Citicorp Real Estate, Inc. v. Smith*, 155 F.3d 1097, 1108 (9th Cir. 1998).

ORDER - 1

**ROMERO PARK P.S.**
155-108th Avenue N.E., Suite 202
Bellevue, WA  98004-5901
Tel: (425) 450-5000   Fax: (425) 450-0728

## ORDER OF DEFAULT JUDGMENT

THIS MATTER having come before this Court upon the Plaintiff's Motion for Default Judgment, the Court having reviewed all the evidence, including the Declaration of H. Troy Romero and all other records and files of this matter, it is hereby

**ORDERED, ADJUDGED AND DECREED** that entry of Judgment against Defendant Parker Lee is appropriate. Plaintiff is awarded judgment against Defendant Parker Lee in the amount of **$168,614.00**, plus post-judgment interest at the rate of 0.25% per annum from the date this Judgment is entered until paid.

Dated this 3rd day of December, 2021.

Robert S. Lasnik
United States District Judge

Presented by:

ROMERO PARK P.S.

/s/H. Troy Romero
H. Troy Romero, WSBA #19044
155 108th Avenue NE, Suite 202
Bellevue, Washington 98004
Telephone: (425) 450-5000
Facsimile: (425) 450-0728
Email: tromero@romeropark.com
Attorneys for Plaintiff