1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

17

| | |
|---|---|
| AMMEX CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>MEDLOGIX SURGICAL SOLUTIONS, LLC d/b/a KWEST SOURCING, a Texas corporation; and PARKER LEE, an individual,<br><br>               Defendants. | CASE NO. 2:21-cv-01441-TL<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AGAINST DEFENDANTS PARKER LEE AND MEDLOGIX SURGICAL SOLUTIONS LLC |

18

19

**JUDGMENT SUMMARY**

20

21

JUDGMENT CREDITOR:               Ammex Corporation

22

ATTORNEY FOR JUDGMENT CREDITOR:     H. Troy Romero of Romero Park P.S.

23

JUDGMENT DEBTORS:             Parker Lee and Medlogix Surgical Solutions, LLC d/b/a Kwest Sourcing

24

ORDER DIRECTING ENTRY OF JUDGMENT AGAINST DEFENDANTS PARKER LEE AND MEDLOGIX SURGICAL SOLUTIONS LLC - 1

| | |
|---|---|
| 1  JUDGMENT PRINCIPAL: | $165,793.96 |
| 2  PRE-JUDGMENT INTEREST: | $ 20,502.90 + daily interest at $67.92 per day between 7/14/22 and the date of judgment |
| 3  ATTORNEY FEES/COSTS: | $3,143.50 |
| 4  POST-JUDGMENT INTEREST RATE: | 3.48% per annum |
| 5  **TOTAL JUDGMENT:** | **$189,440.36** + daily interest at $67.92 per day between 7/14/22 and the date of judgment |

6

7

8                                        **ORDER OF DEFAULT JUDGMENT**

9          This matter comes before the Court on Plaintiff's Motions for Default Judgment. Dkt.

10  Nos. 12, 23. Having reviewed all the evidence, the Court hereby GRANTS Plaintiff's motion and

11  ORDERS that the Clerk of Court shall enter judgment against Defendants Parker Lee and

12  Medlogix Surgical Solutions, LLC as set forth above. Defendants shall be jointly and severally

13  liable for the total judgment amount of $189,440.36 plus daily interest at $67.92 per day between

14  7/14/22 and the date of judgment plus post-judgment interest at the rate of 3.48% per annum

15  from the date judgment is entered until paid.[1]

16          This order supersedes the Court's previous order directing entry of judgment against

17  Defendant Lee (Dkt. No. 14), and the Clerk of the Court is directed to strike that order.

18

19

20

21  [1] Judgment was not entered against Defendant Lee at the time the Court granted Plaintiff's motion for default against Defendant Lee in December 2021 because the action was still pending against Defendant Medlogix Surgical
22  Solutions, LLC at the time. *See* Dkt. No. 14. In diversity actions, post-judgment interest is governed by federal law. *Citicorp Real Estate, Inc. v. Smith*, 155 F.3d 1097, 1108 (9th Cir. 1998). The post-judgment interest rate is the weekly average one-year constant maturity Treasury yield for the calendar week preceding entry of judgment. *See*
23  28 U.S. Code § 1961. Therefore, since judgment is being entered on September 8, 2022, the post-judgment interest rate for both defendants is the weekly average one-year constant maturity Treasury yield for the calendar week
24  ending on September 2, 2022.

ORDER DIRECTING ENTRY OF JUDGMENT AGAINST DEFENDANTS PARKER LEE AND MEDLOGIX SURGICAL SOLUTIONS LLC - 2

1    Dated this 8th day of September 2022.

2

3                                              Tana Lin
                                               United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24